# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Acme-Hardesty, Co. | FILED: JULY 25, 2008    LI |
| v. | 08CV4249 |
| Akzo Nobel NV, et al | JUDGE   DER YEGHIAYAN |
| | MAGISTRATE   JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Acme-Hardesty, Co.

---

**NAME** (Type or print)
Si-Yong Yi

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)
    s/ Si-Yong Yi

**FIRM**
Tressler, Soderstrom, Maloney & Priess, LLP

**STREET ADDRESS**
233 S. Wacker Drive, 22nd Floor

**CITY/STATE/ZIP**
Chicago, IL 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292096 | (312) 627-4000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")    N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")    Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL           APPOINTED COUNSEL