UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACME-HARDESTY CO., <br><br> Plaintiff, <br><br> v. <br><br> AKZO NOBEL NV, <br> AKZO NOBEL INDUSTRIES SDN. BHD., <br> (currently known as "Pacific Oleo Industries Sdn. Bhd."), <br> AKZO NOBEL CHEMICALS INTERNATIONAL BV, <br> VAN LEER MALAYSIA SDN. BHD., <br> (currently known as "Greif Malaysia Sdn. Bhd."), and <br> GREIF, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action <br> ) Case No. <br> ) FILED: JULY 25, 2008    LI <br> ) 08CV4249 <br> ) <br> ) JUDGE DER YEGHIAYAN <br> ) MAGISTRATE JUDGE KEYS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF ACME-HARDESTY COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Now comes the Plaintiff, Acme-Hardesty Company, a non-governmental corporate party, by and through counsel, Tressler, Soderstrom, Maloney & Priess, LLP, and pursuant to Fed.R.Civ.P. 7.1(a) and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, states that it is a division of Jacob Stern & Sons, Inc., a privately held agri-products company with headquarters in Santa Barbara, California, and further states that it has no subsidiaries or affiliates that have issued shares to the public.

Dated: July 25, 2008

By:  /s/Jennifer J. Johnson
  One of the Attorneys for
  Plaintiff, Acme-Hardesty Company

Jennifer J. Johnson
Si-Yong Yi
Counsel for Plaintiff, Acme-Hardesty Company
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2008 a true and correct copy of Plaintiff Acme-Hardesty Company's Corporate Disclosure Statement was submitted to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division using the Court's Electronic Filing System.

                                                 By:   /s/Jennifer J. Johnson
                                                         One of the Attorneys for
                                                         Plaintiff, Acme-Hardesty Company

Jennifer J. Johnson
Si-Yong Yi
Counsel for Plaintiff, Acme-Hardesty Company
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000