AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ACME-HARDESTY CO.

V.

AKZO NOBEL NV, ET AL.

CASE NUMBER:   08 CV 4249

ASSIGNED JUDGE:   JUDGE DER-YEGHIAYAN

DESIGNATED
MAGISTRATE JUDGE:   MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

VAN LEER MALAYSIA SDN. BHD. (currently known as "Greif Malaysia Sdn. Bhd.")
10, Jalan Kilang, 46050 Petaling Jaya,
Selangor Darul Ehsan
Malaysia
(Service through Illinois Secretary of State)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer Jerit Johnson
Si-Yong Yi
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Dr., 22nd Floor
Chicago, IL 60606
U.S.A.

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

J. Cervantes

-------------------------------------
(By) DEPUTY CLERK

**August 8, 2008**

-------------------------------------
Date

AO 440  (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              *Signature of Server*


                              _____
                              *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form **BCA-5.25**
(Rev. Jan. 2003)

**AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT**

File # 9807-0222

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
217-524-6748
www.cyberdriveillinois.com

Remit payment in check or money order payable to Secretary of State.

This space for use by Secretary of State.

FILED

AUG 1 1 2008

JESSE WHITE
SECRETARY OF STATE

SUBMIT IN DUPLICATE

Date:

Filing Fee:  $10

Approved: Poh

1.  Title and Number of Case:

    ACME-HARDESTY CO. _____ first named plaintiff
    
    v.
    
    AKZO NOBEL NV _____ first named defendant

    Number  08 CV 4249

2.  Name of corporation being served: VAN LEER MALAYSIA SDN. BHD

3.  Title of court in which an action, suit or proceeding has been commenced: U.S. District Court, N.D. Ill.

4.  Title of instrument being served: Complaint and Summons

5.  Basis for service on the Secretary of State: (check and complete appropriate box)

    a.  ☐  The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

    b.  ☐  The corporation has failed to appoint and maintain a registered agent in Illinois.

    c.  ☐  The corporation was dissolved on _____, _____; the conditions
          Month & Day                Year
          of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

    d.  ☐  The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____.
          Month & Day                Year

    e.  ☑  The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6.  Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: See Attached

7.  The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

    _____
    Signature of Affiant

    August 8                    2008
    Month & Day                 Year

    ( 312 )        627-4000
                Telephone Number

**Return to (please type or print clearly):**

Si-Yong Yi
_____
Name
233 S. Wacker Dr., 22nd Floor
_____
Street
Chicago, IL 60606
_____
City/Town    State    ZIP

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10

**FORM BCA-5.25 for Defendant VAN LEER MALAYSIA SDN. BHD. (currently known as "Greif Malaysia Sdn. Bhd.")**

6.     Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail:

10, Jalan Kilang, 46050 Petaling Jaya,
Selangor Darul Ehsan
Malaysia

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ACME-HARDESTY CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | No.  08 CV 4249 |
| | ) | |
| AKZO NOBEL NV, | ) | Judge Der-Yeghiayan |
| AKZO NOBEL INDUSTRIES SDN. BHD., | ) | |
| (currently known as "Pacific Oleo Industries Sdn. Bhd."), | ) | Magistrate Judge Keys |
| AKZO NOBEL CHEMICALS INTERNATIONAL BV, | ) | |
| VAN LEER MALAYSIA SDN. BHD., | ) | |
| (currently known as "Greif Malaysia Sdn. Bhd."),  and | ) | |
| GREIF, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF MAILING

I hereby certify that copies of the following documents:

- The Summons;

- A copy of the Complaint (Civil Cover Sheet, two Appearances and Plaintiff Acme-Hardesty Company's Corporate Disclosure Statement) relating to the above-referenced matter; and

- File-stamped Affidavit of Compliance for Service on Secretary of State,

were sent to the following last known place of residence or last known business addresses of **Defendant Van Leer Malaysia SDN BHD (currently known as "Greif Malaysia Sdn. Bhd.")** on August 19, 2008 via international registered mail and return receipt:

> **Van Leer Malaysia SDN BHD**
> 10, Jalan Kilang, 46050 Petaling Jaya,
> Selangor Darul Ehsan
> MALAYSIA

/s/ Si-Yong Yi
One of the Attorneys for Plaintiff, Acme-Hardesty Company

Jennifer Jerit Johnson
Si-Yong Yi
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

#438859