AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ACME-HARDESTY CO.

CASE NUMBER: 08 CV 4249

V.

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

AKZO NOBEL NV, ET AL.

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

GREIF, INC
425 Winter Road
Delaware, OH 43015
(Service through its registered agent C T CORPORATION SYSTEM)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer Jerit Johnson
Si-Yong Yi
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Dr., 22nd Floor
Chicago, IL 60606
U.S.A.

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J Cervantes* (signature)

(By) DEPUTY CLERK

**August 8, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

DATE: August 14, 2008

Service of the Summons and complaint was made by me[(1)]

TITLE: Investigator

NAME OF SERVER (PRINT)

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate
Served at Offices of Registered Agent:
CT Corporation System, 208 S. LaSalle Street,
Suite 814, Chicago, IL 60604, through
Supervisor, Dawn Schultz, F/W, 5'5", 5'6", 155, Red Hair

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date: 8-26-08    Signature of Server: Wm. L. Smittkoff

Address of Server: 17 W 480 Lake Street, Addison, IL 60101

Sworn to and subscribed before me this 26th day of August, 2008
Witness my hand and official seal.
Notary Public: Lena A Conforti

**OFFICIAL SEAL**
**LENA A CONFORTI**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/05/12

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.