# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

ACME-HARDESTY CO.,

    Plaintiff,

vs.

AKZO NOBEL NV,
AKZO NOBEL INDUSTRIES SDN. BHD.,
(currently known as "Pacific Oleo Industries Sdn. Bhd."),
AKZO NOBEL CHEMICALS INTERNATIONAL BV,
VAN LEER MALAYSIA SDN. BHD.,
(currently known as "Greif Malaysia Sdn. Bhd."), and
GREIF, INC.,

    Defendants.

Case No.: 08 CV 4249

Judge: Der-Yeghiayan

Magistrate Judge: Keys

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
VAN LEER MALAYSIA SDN. BHD. AND GREIF, INC.

| | |
|---|---|
| NAME: David R. Creagh | |
| SIGNATURE: s/ *David R. Creagh* | |
| FIRM: HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6191452 | TELEPHONE NUMBER (312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

    I, David R. Creagh, an attorney, certify that I shall cause to be served a copy of the foregoing **APPEARANCE** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, express courier, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this **2**$^{nd}$ day of **September, 2008.**

| | | |
|---|---|---|
| _X_ | CM/ECF | *Counsel for Plaintiff* |
| ___ | Facsimile | Jennifer Jerit Johnson, Esq. |
| ___ | Express Courier | Si-Yong Yi, Esq. |
| ___ | Mail | Tressler, Soderstrom, Maloney & Priess, LLP |
| ___ | Messenger | 233 South Wacker Drive |
| | | 22nd Floor |
| | | Chicago, Illinois 60606 |
| | | Phone: (312) 627-4000 |
| | | Fax:   (312) 627-1717 |
| | | tsmp@tsmp.com |

HINSHAW & CULBERTSON LLP

David R. Creagh, Esq.  
HINSHAW & CULBERTSON LLP  
222 North LaSalle Street  
Suite 300  
Chicago, Illinois 60601-1081  
Phone: (312) 704-3000  
Fax:   (312) 704-3001  
dcreagh@hinshawlaw.com

*s/ David R. Creagh*  
David R. Creagh

2

6357418v1 891729 2832