891729/DRCreagh/DJRichards/MTHipskind/jdn

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ACME-HARDESTY CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AKZO NOBEL NV, AKZO NOBEL ) <br> INDUSTRIES SDN. BHD., (currently known as ) <br> "Pacific Oleo Industries Sdn. Bhd."), AKZO ) <br> NOBEL CHEMICALS INTERNATIONAL BV, ) <br> VAN LEER MALAYSIA SDN. BHD., (currently ) <br> known as "Greif Malaysia Sdn. Bhd."), and ) <br> GREIF, INC. ) <br> ) <br> Defendants. ) | Case No. 08 CV 4249 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Keys |

**UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSIVE PLEADING**

NOW COME Defendants, VAN LEER MALAYSIA SDN. BHD. ("Van Leer") and GREIF, INC., by and through their counsel, David R. Creagh, David J. Richards and Melina T. Hipskind of Hinshaw & Culbertson LLP, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully request an extension of fourteen (14) days, until September 17, 2008, to file their responsive pleading(s) to Plaintiff's Complaint, and in support thereof, state as follows:

1.      Plaintiff filed its Complaint on July 25, 2008.

2.      Plaintiff filed returns of service with respect to defendants Van Leer and Greif, Inc. on August 21 and 26, 2008, respectively [Doc. 13, 14] (though Van Leer and Greif, Inc. do not concede proper service, and specifically reserve the right to assert the defenses of insufficient process and insufficient service of process in their responsive pleading(s)).

3.      According to the Court's electronic docket in light of the above-referenced returns of service, Van Leer and Greif, Inc.'s responsive pleadings are due on September 2 and 3, 2008, respectively.

6357447v1 891729 2832

4. Defense counsel was recently retained to defend Van Leer and Greif, Inc. in this matter, and has filed Appearances.

5. Van Leer and Greif, Inc. are still in the process of investigating Plaintiff's claims and accordingly, request an extension of fourteen (14) days to file their responsive pleading(s).

6. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response(s).

7. Defense counsel has spoken with Plaintiff's counsel and Plaintiff's counsel does not oppose this motion.

WHEREFORE, Defendants, VAN LEER MALAYSIA SDN. BHD. and GREIF, INC., request that the Court grant an extension of fourteen (14) days, until September 17, 2008, for VAN LEER MALAYSIA SDN. BHD. and GREIF, INC. to file their responsive pleading(s) to Plaintiff's Complaint.

Dated this 2nd day of September, 2008.

David R. Creagh, Esq. (ARDC No. 6191452)
David J. Richards, Esq. (ARDC No. 6230119)
Melina T. Hipskind, Esq. (ARDC No. 6284170)
**HINSHAW & CULBERTSON LLP**
222 North LaSalle Street
Suite 300
Chicago, IL  60601-1081
Phone: (312) 704-3000
Fax:    (312) 704-3001

Respectfully submitted,

**VAN LEER MALAYSIA SDN. BHD. AND GREIF, INC.**

By: s/David R. Creagh
One Of Their Attorneys

6357447v1 891729 2832

## PROOF OF SERVICE

    I, the undersigned, certify that I filed and served the above and foregoing Motion for Enlargement of Time to File Responsive Pleading, via electronic delivery pursuant to the Court's electronic filing and service system, addressed to the persons referenced below, on the 2nd day of September, 2008:

*Counsel for Plaintiff*
Jennifer Jerit Johnson, Esq.
Si-Yong Yi, Esq.
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
22nd Floor
Chicago, Illinois 60606
Phone: (312) 627-4000
Fax:    (312) 627-1717
tsmp@tsmp.com

                                                           s/David R. Creagh

6357447v1 891729 2832