891729/DRCreagh/DJRichards/MTHipskind/jdn

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ACME-HARDESTY CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AKZO NOBEL NV, AKZO NOBEL ) <br> INDUSTRIES SDN. BHD., (currently known as ) <br> "Pacific Oleo Industries Sdn. Bhd."), AKZO ) <br> NOBEL CHEMICALS INTERNATIONAL BV, ) <br> VAN LEER MALAYSIA SDN. BHD., (currently ) <br> known as "Greif Malaysia Sdn. Bhd."), and ) <br> GREIF, INC. ) <br> ) <br> Defendants. ) | Case No. 08 CV 4249 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Keys |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 9, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead in Courtroom 1903 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present Defendants VAN LEER MALAYSIA SDN. BHD. and GREIF, INC.'s Unopposed Motion for Enlargement of Time to File Responsive Pleading, a copy of which is attached hereto and herewith served upon you.

Dated this 2nd day of September, 2008.

David R. Creagh, Esq. (ARDC No. 6191452)  
David J. Richards, Esq. (ARDC No. 6230119)  
Melina T. Hipskind, Esq. (ARDC No. 6284170)  
**HINSHAW & CULBERTSON LLP**  
222 North LaSalle Street  
Suite 300  
Chicago, IL 60601-1081  
Phone: (312) 704-3000  
Fax: (312) 704-3001

Respectfully submitted,

**VAN LEER MALAYSIA SDN. BHD. AND GREIF, INC.**

s/David R. Creagh  
One Of Their Attorneys

By:

6357542v1 891729 2832

## PROOF OF SERVICE

I, the undersigned, certify that I filed and served the above and foregoing Notice of Motion for Enlargement of Time to File Responsive Pleading, via electronic delivery pursuant to the Court's electronic filing and service system, addressed to the persons referenced below, on the 2nd day of September, 2008:

*Counsel for Plaintiff*
Jennifer Jerit Johnson, Esq.
Si-Yong Yi, Esq.
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
22nd Floor
Chicago, Illinois 60606
Phone: (312) 627-4000
Fax:    (312) 627-1717
tsmp@tsmp.com

                                              s/David R. Creagh

6357542v1 891729 2832